# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAILY MERESCHUK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-02221-AHA |
| ) | |
| EILEEN HOLLAND *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and LCvR 7, Defendant Washington Metropolitan Area Transit Authority ("WMATA") moves to dismiss Plaintiff Haily Mereschuk's Complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted, and for other and further relief as the Court deems just and proper. In support, WMATA submits its memorandum of law dated July 16, 2025, which is being filed with this motion.

DATE: July 16, 2025

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

By Counsel

/s/ J. Douglas Cuthbertson
J. Douglas Cuthbertson #479789
Legal & Compliance
WMATA
PO Box 23768
Washington, DC 20026-3768
Tel.: 202-962-2537
Fax: 202-962-2550
Email: jdcuthbertson@wmata.com

## **CERTIFICATE OF SERVICE**

I certify that on July 16, 2025, a true and correct copy of the foregoing was served electronically through the Court's Case Management/Electronic Case Filing (CM/ECF) system on:

>Hector Z. Oropeza, Esq.
>Morgan & Morgan DC, PLLC
>1901 Pennsylvania Ave. NW
>Suite 300
>Washington, DC 20006
>Horopeza@forthepeople.com
>
>Matthew H. Goodman, Esq.
>Fanshaw & Goodman, P.A.
>20 East Timonium Road, Suite 110
>Timonium, MD 21093
>mgoodman@gfmglaw.com

>/s/ J. Douglas Cuthbertson
>J. Douglas Cuthbertson