UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAILY MERESCHUK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:25-cv-02221-AHA |
| | ) |
| EILEEN HOLLAND *et al.*, | ) |
| | ) |
| Defendants. | ) |

## PROPOSED ORDER

Having considered Defendant Washington Metropolitan Area Transit Authority's ("WMATA's") Motion to Dismiss the Complaint filed by Plaintiff Haily Mereschuk, Plaintiff's opposition, WMATA's reply, and any oral argument presented to this Court in support of the parties' positions on the motion, this Court hereby rules as follows:

Defendant WMATA's Motion to Dismiss is **GRANTED**, therefore Count II of the Complaint is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction, and Count III of the Complaint is **DISMISSED** pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

**IT IS SO ORDERED.**

Dated: This ___ day of _____, ____

_____
AMIR H. ALI
United States District Judge

Copies to:

J. Douglas Cuthbertson, Esq.
Legal & Compliance
WMATA
PO Box 23768
Washington, DC 20026-3768
jdcuthbertson@wmata.com

Hector Z. Oropeza, Esq.
Morgan & Morgan DC, PLLC
1901 Pennsylvania Ave. NW
Suite 300
Washington, DC 20006
Horopeza@forthepeople.com

Matthew H. Goodman, Esq.
Fanshaw & Goodman, P.A.
20 East Timonium Road, Suite 110
Timonium, MD 21093
mgoodman@gfmglaw.com